| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 28, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MANUEL CHAVEZ ZEPEDA,<br><br>　　　　　Defendant. | Case No.  2:22-MJ-00045-DB-1<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE MANUEL CHAVEZ ZEPEDA , Case No.  2:22-MJ-00045-DB-1  Charge 18 USC §§ 841; 846, from custody for the following reasons: for the following reasons:

　　　　_____  Release on Personal Recognizance

　　　　___X___  Bail Posted in the Sum of $   500,000 (secured)

　　　　　　　　___X___  Cash Bond   $250,000_____

　　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　　___X___  Appearance Bond with Surety: $250,000 equity in real property

　　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　　　_____  (Other):

Issued at Sacramento, California on March 28, 2022 at 10:33 a.m.

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE